1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10              June 2007 Grand Jury
11
12 UNITED STATES OF AMERICA,    )   CR No. 07- **07-00980**
                                )
13              Plaintiff,      )   I N D I C T M E N T
                                )
14         v.                   )   [18 U.S.C. § 2252A(a)(2):
                                )   Receipt of Child Pornography;
15 BRADLEY ANDERSON,            )   18 U.S.C. § 2252A(a)(5)(B):
                                )   Possession of Child Pornography]
16              Defendant.      )
                                )
17 _____)

18      The Grand Jury charges:

19                      COUNT ONE

20               [18 U.S.C. § 2252A(a)(2)]

21      Between on or about October 9, 2006, and on or about October
22 11, 2006, in Los Angeles County, within the Central District of
23 California, and elsewhere, defendant BRADLEY ANDERSON knowingly
24 received at least one image of child pornography, as defined in
25 Title 18, United States Code, Section 2256(8)(A), that had been
26 shipped and transported in interstate and foreign commerce by any
27 means, including by computer, knowing that the images were child
28 pornography.

RED:red

## COUNT TWO

[18 U.S.C. § 2252A(a)(5)(B)]

On or about October 12, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant BRADLEY ANDERSON knowingly possessed at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

GEORGE S. CARDONA
United States Attorney

[signed] Daniel A. Goodman, Deputy Chief,
Criminal Division, FOR:

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section